# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EMMETT ADAME,<br><br>               Plaintiff,<br>  v.<br>PAUL THOMPSON, *et al.*,<br>               Defendants. | Case No. 3:19-cv-00336-MMD-WGC<br><br>ORDER |

Petitioner Emmett Adame has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 (ECF No. 1-1). However, Petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) & LSR 1-2.

Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. The Court also notes that Petitioner challenges the computation of his sentence, but it is unclear from the petition whether he has exhausted his administrative remedies.

It is therefore ordered that the Clerk detach and file the petition (ECF No. 1-1).

It is further ordered that this action is dismissed without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a properly completed application to proceed *in forma pauperis*.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

///

It is further ordered that the Clerk send Petitioner two copies of an application form to proceed *in forma pauperis* for incarcerated persons, one copy of the instructions for the form, and a copy of the papers that he submitted in this action.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 7th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE